UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS SALGADO-PENA,<br><br>             Petitioner,<br><br>      v.<br><br>MICHAEL BENOV,<br><br>             Respondent. | Case No. 1:13-cv-01528-BAM-HC<br><br>ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL TRAVERSE (DOC. 11) |

    Petitioner is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting their consent in writings signed by the parties or their representatives and filed by Petitioner on September 30, 2013, and on behalf of Respondent on October 15, 2013. Pending before the Court is Petitioner's motion for leave to file a supplemental traverse, which was filed on April 16, 2014.

1

A court has inherent power to control its docket and the disposition of its cases with economy of time and effort for both the court and the parties.  <u>Landis v. North American Co.</u>, 299 U.S. 248, 254-255 (1936); <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260 (9th Cir. 1992).  The Court exercises its discretion to set a briefing schedule with respect to Petitioner's motion for the benefit of the Court and the parties.

Respondent shall FILE no later than thirty (30) days after the date of service of this order opposition or notice of non-opposition to Petitioner's motion.

Petitioner may FILE a reply to any opposition filed by Respondent to the motion no later than thirty (30) days after the date of service upon Petitioner of any opposition filed by Respondent.

IT IS SO ORDERED.

Dated:   **July 21, 2014**          /s/ *Barbara A. McAuliffe*          
                                    UNITED STATES MAGISTRATE JUDGE

2